**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000603
23-FEB-2023
07:56 AM
Dkt. 33 OAWST

NO. CAAP-22-0000603

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MARVIN LUM, Plaintiff-Appellant, v.
STATE OF HAWAIʻI and JOHN DOES 1-10, Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CC191000015)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Wadsworth, Presiding Judge, Nakasone and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed January 20, 2023, by Plaintiff-Appellant Marvin Lum, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid or waived; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, February 23, 2023.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge